■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB WISSENFELD, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Application granted and appeal from order of Wyoming County Court entered April 21, 1961 dismissed. Motion granted to prosecute appeal from order of

Wyoming County Court entered January 15, 1962 on original papers, type-written briefs, and Irving D. Brott, Jr., Esq., assigned as counsel.